Stan Lesnicki,
Plaintiff

v.

Anna H Lesnicki,
Defendant
Burton Gross,
Defendant
Karen Mondry,
Defendant
Cook County, Il
Defendant
City of Chicago, Il
Defendant
Anna's Cleaning Service: Mary Gasienica, Anna Lesnicki, Halina Slodyczka, Margaret Liszka, Donna Zloza,
Defendant
Janusz Zarebczan,
Defendant
Aleksandra Wojtowicz-Zarebczan,
Defendant
Slawek Madej
Defendant
Andrzej Kalata
Defendant

United States District Court
Northern District of Illinois

08CV3891
JUDGE ANDERSEN
MAG. JUDGE VALDEZ



FILED
Jul 9, 2008
JUL - 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

1) -All moves were premeditated by defendants.
   -That defendants embarassed me and my family.
   - I lost my job.
   - I was hospitalized.
   - I had hand injury.
   - I was framed by defendants.
2) That defendant Anna Lesnicki talks to our daughter Nancy like her girlfriend and gets her involved in divorce.
3) That all defendants participated actively and acted maliciously in my court proceedings for five years.
4) That defendant: Anna's Cleaning Service and Anna's girlfriends were working for employees of Cook County Court and Chicago Police. They coached my ex-wife how to build criminal case against me.

5) That defendant Gross instructed my ex-wife: " Tell the judge that he is dangerous and you don't know what he might do to you."
6) That defendant Burton Gross lied to court every time he made a sound.
7) That defendant Gross talked to Anna in English and then he lied to court that Anna Lesnicki doesn't speak English.
8) That defendant Gross lied to court that Anna's lawyer Karen Mondry was incompetent.
9) That defendant Karen Mondry is connected and well known for dirty divorce tactics, dirty Orders of Protection, staking the house with police.
10) That defendant Karen Mondry filed divorce case in wrong district- in Maywood Court.
11) That plaintiff incurred expenses to move the case to right district.
12) That defendant Karen Mondry lied that filing the case in wrong district was a "honest mistake".
13) That defendants-members of Annas Cleaning Service have previously used the same dirty tactics on their spouses (Donna Zloza vs John Zloza)
14) That defendants Anna's Cleaning Service set up and framed more then hundred man in neighbourhood..
15) That defendants-members of Anna's Cleaning Service have coached many other women in Southwest side how to give Order of Protections to their husbands.
16) That lot of these women wanted to teach their husband a lesson.
17) That this has been going on for last twenty years. That evil ,dishonest women and attorneys ruined good FATHERS.
18) That each of these women and their attorneys lied about everything in court and abused State Law.
19) That in 1999 during my daughter's birthday party defendant Mary Gasienica stated: " If you want to teach your man a lesson, give him order of protection in front of Judge Bellows. Judge Bellows gives every man two year Order of Protection."
20) That defendants advised my ex-wife Anna to cut me off for three months to show me who is the boss at home.
21) That defendants Mary Gasienica and Anna Lesnicki told me story about one of their lady-customer: She married Jewish doctor even though she wasn't attracted to him and she said "When kids grow up a little I will divorce him and I will be set for life."
22) That some of the defendants have long history of braking the law: Entering U.S. on fake papers, not paying taxes, filing fraudulent allegations in court, and have family members with criminal records.
23) That biggest disagreement between plaintiff and defendent Anna Lesnicki in winter and spring of 2003 was about vacation and property.
24) That defendant Anna Lesnicki wanted to buy big house in suburbs.
25) That plaintiff Stan Lesnicki wanted to invest money in city of Chicago area called Garfield Ridge, and stay close to his aging parents.
26) That defendant Anna Lesnicki wanted to go to Poland for six weeks.
27) That plaintiff Stan Lesnicki wanted to go on vacation in continental US- Colorado or Florida.
28) That plaintiff motives were: -Two year Izabella needed extra care
   - Izabella needed two hour nap every afternoon.
   -A new job set up at MacNeal Hospital in June 2003

28) That defendant Anna Lesnicki complained to other defendants, family members, neighbours and Cook County Court employees that I am cheap. That allegations of being cheap are not a reason for two year Order of Protection
29) That defentant Anna Lesnicki failed to tell above mentioned individuals about my job at Macneal Hospital and my offer to go to Florida or Colorado..
30) That plaintiff Stan Lesnicki felt at the time that little two year old Izabella would be better off by not going to Poland and be subjected to ten hour flight and two hour drive home and three hours spent at airports.
31) That defendant Anna Lesnicki, my wife at the time provoked me in summer of 2003, was mentally abusive to me.
32) That defendant Janusz Zarebczan and Aleksandra Wojtowicz were abusive that I had to filed police report against Janusz Zarebczan.April18,2003.
33) That defendants had planned to give me criminal Order of Protection to get the most money from me.
34) That defendants had set a date July 2003 to give me the order of protection.
35) That defendant Anna Lesnicki was drinking heavily ,partying in Poland ,little Izabella wasn't introduced to different foods. Anna drank heavily at home in the yard in July of 2003.
36) That some of defendants disagreed with July 2003 date for Order of Protection because Anna's sister Barbara was getting married in August 9, 2003
37) That defendant Anna Lesnicki was abusive to me at her sister's wedding August 9, 2003 Anna runaway from me when we were dancing thus embarassing me in front of 400 guests.
38) That other defendants were giggling when Anna did that.
39) That the defendants all agreed and advised Anna to continue the mental abuse.
40) That in September of 2003 I wanted to take our daughter Nancy to circus, Anna would not let me.
41) That defendant Anna Lesnicki in October 2003 left me behind in garage when we supposed to go together to church.
42) That defendant Anna Lesnicki was abusive even on Sunday.
43) That in May 2003 defendant Anna Lesnicki consulted attorney John Farano.
44) That in summer of 2003 I had a consultation with attorney Micheal Tristano.
45) That attorney Micheal Tristano told me " Looks like she wants to give you order of protection, so be carefull, ignore her and walk out if she starts anything."
46) That all this time from January 2003 till November 2003 defendant Anna Lesnicki was drinking heavily and provoking me.
47) That this may have had affected her lack of judgement.
48) That in summer and fall defendant Anna Lesnicki always drove away with kids and instructed them not to say where they went.
49) That defendant Anna Lesnicki teaches our daughter Nancy to lie all the time.
50) That in October 2003 defendant Anna Lesnicki and her brother Janusz Zarebczan and his wife Aleksandra threatened me saying: " Give me $300,000.00 or I will make you homeless bum."
51) That defendant Janusz Zarebczan called my brother John Lesnicki and said: " Anna has the best attorney in state,give her what she wants or Stan will leave the court room in underwear."
52) That in October 2003 I presented defendant Anna Lesnicki computer printout from attorney Micheal Tristano on how property is divided in Illinois.

53) That defendant Anna Lesnicki took these papers and went to her attorney Karen Mondry.
54) That defendant Anna Lesnicki told me: "Karen Mondry told me that "You will get in big trouble because of these papers.""
55) That defendant Anna Lesnicki again demanded $300,000.00 cash.
56) That I offered defendant $150,000.00 out of court settlement.
57) That defendant Anna Lesnicki came to US on fake papers in 1996, she married me on March 21, 1997
58) That I was making about $42,000.00 a year gross.
59) That from March 21, 1997 to October 2003 my gross income or savings were nowhere close to $300,000.00.
60) That defendants made demand for money that were premarital and money given to me by my parents.
61) That on Saturday on November 24, 2003 at 8 pm, defendant Anna Lesnicki called me and stated:" Do not come to house on 5230 S. Lorel, Chicago, from now on you don't live here anymore." She also said: " I changed the locks, don't try to get in."
62) That I called 911-Police Departament and requested them to go with me.
63) That two police officers John and Pete asked defendant why she locked me out? Police officers asked Anna if I hit her or try to hit her, she said no. Police then asked "what is the problem", Anna said that I am speaking loud.
64) That police told me to speak quiet and don't say anything.
65) That the police left and I did not get evicted. Defendant Anna Lesnicki lied in ex party Order of Protection that police evicted me.
66) That on Sunday of November 25, 2003 I bought pizza, Anna Lesnicki would not eat in kitchen with me and kids, she ate in frontroom, Anna had an evil smile on her face that evening.
67) That on Monday November 26, 2003 defendant Anna Lesnicki and her attorney Karen Mondry got ex party emergency Order od Protection against me.
68) That paperwork shows that Judge Santiago Gonzalez did the Order of Protection at 4:30 pm.
69) That defendants did not notify me about the Order of Protection.
70) That I wasn't served at all.
71) That the same day Monday on November 26, 2003 I came home from work at 11:30 pm and Anna Lesnicki wouldn't let me inside home.
72) That defendant Anna Lesnicki called police and stated: " My husband is in violation of Order of Protection."
73) That police arrived and wanted to handcuffed me and take me.
74) That I did not get any clothes or personal belongings.
75) That I called police and defendant gave me just one set of clothes, but at first she refused to.
76) That week later I asked police to retrieve more clothes, defendant Anna Lesnicki instructed little two year old Izabella "Go to Daddy go,go". I had no contact Order of Protection against the kids also.
77) That defendant try to make me violate Order of Protection.
78) That two year Izabella and five years Nancy looked very confused why I am not home and why I don't give them hug.
79) That on December 15, 2003, hearing about the Order of Protection was set up in front of Judge Barbara Meyer.

80) That in 1999-2000 defendants Mary Gasienica and Anna Lesnicki told me to vote for Barbara Meyer because "we work for her".
81) That defendant Anna Lesnicki arrived in court on December 15, 2003 with a big smile on her face.
82) That defendant Anna Lesnicki told her attorney Karen Mondry not to come to court, that she can handle the hearing herself.
83) That defendant Anna Lesnicki had secret meeting-preparation for court with brunette lady driving red Chevy Venture at Wisla restaurant on 112th Harlem one week prior court hearing.
84) That everybody laughed at me when I said who I am in courtroom 640 at 48 N. Clark on December 15, 2003
85) That I told clerk that my attorney is late so call me last.
86) That the clerk called my name every five minutes, at least ten times.
87) That the clerk, Judge Meyer and Cook County prosecutor were all laughing and having a blast.
88) That Judge Meyer was very rude to me and to my attorney Micheal Tristano.
89) That Judge Meyer took the case, then refused to give me hearing. Judge Meyer told us:" To go to Daley Plaza."
90) That in Daley Plaza case was set in front of Jude Bellows, who is known to give every man two year order of protection.
91) That my attorney Micheal Tristano requested for substitution of judges, Judge Bellows asked him " What? You don't like me?"
92) That the same day December 15, 2003 we had a hearing in front of Judge Raymond Figuroa.
93) That Judge Raymond Figuroa was helping my wife during trial.
94) That defendant Anna Lesnicki was not telling truth at least sixteen times and Judge Figuroa ruled in her favor.
95) That Cook County employee named Erica was helping my wife that day during trial.
96) That 65 page court report clearly shows judge was biased.
97) That my attorney Maria Kaczmarczyk filed motion to reconsider the Order of Protection and I was denied a hearing 12 times.
98) That motion to reconsider order of protection has been removed from my court file on 8th floor.
99) That some other important motions filed by my attorneys and me have been removed from file.
100) That one court employee on 8th floor told me that " This happens quite a lot".
101) That my attorney Maria Kaczmarczyk later Leon Teichner were negotiating with defendants attorney Karen Mondry for twelve months.
102) That agreement for dissolution of marriage was negotiated and signed by both parties.
103) That defendant Anna Lesnicki was not forced into anything.
104) That defendant Anna Lesnicki understood the process very well.
105) That December 6, 2004 Order of Dissolutin of marriage was entered by Judge Delgado.
106) That Judge Delgado asked both parties if we understand the agreement and agree.
107) That defendant Anna Lesnicki said yes.
108) That defendant Anna Lesnicki received $116,500.00 check from me.
109) That defendant Anan Lesnicki did not cash the check for 12 months.
110) That plaintiff had to pay interest on the $116,500.00 all the time.

111) That defendant Karen Mondry filed Motion to Vacate Dissolution of marriage on June 6, 2004
112) That defendant Karen Mondry filed second motion asking for more money on January 10, 2004
113) That defendant Attorney Burton Gross replaced attorney Karen Mondry and told Judge Delgado that Karen Mondry did everything wrong. Gross asked to vacate the Dissolution of Marriage.
114) That Burton Gross told court that attorney Karen Mondry was incompetent, everything was wrong and it should be vacated.
115) That during next trial Burton Gross told court that defendant Anna Lesnicki doesn't speak English and doesn't know what happend, Gross asked to vacate the agreement.
116) That defendant Gross lied to court that Anna was underrepresented while court employee Karen O'Malley was with her every time at every hearing.
117) That next court trial Burton Gross asked to vacate the agreement because proceeds from Toyota Camry are not in agreement.
118) That next time Burton Gross asked to vacate the agreement because "Anna signed the agreement because she didn't know she could have a trial."
119) That in February 10, 2004 hearing Burton Gross lied to court that Anna's first attorney instructed her to say yes to all questions asked by Judge Delgado during divorce.
120) That in April 2004 hearing Burton Gross lied to court that I make $5000.00 a month on side jobs.
121) That in summer of 2004 I had hernia operation and I didn't work at all I was on sick leave for 6 weeks.That all year I was on light duty.
122) That Burton Gross lied to court that Anna doesn't know anything about divorce proceedings.
123) That Anna's cousins, girfriends, aunts are divorced.
124) That all Anna's cousins and friends wrongfully gave their husbands Criminal Order of protection to harass them and take all their money.
125) That next time Burton Gross asked court to vacate agreement because first attorney Karen Mondry did not show Anna any proposals that were negotiated.
126) That next time in court on July 21, 2004 Judge Delgado's clerk Sheila Combs and deputy Gonzalez in room 1601A told me and my attorney to go home. They said: " Mr.Lesnicki you missed your court date, you were supposed to be here yesterday."
127) That the day July 21, 2004, my ex-wife and her attorney Burton Gross were already sitting in court room.
128) That I pointed at them "Look they are in court, the hearing is today." Then clerk Sheila Combs said:" Just because they are here it doesn't mean that hearing is today."
129) That I had to go home and bring paper stating that the hearing is on July 21,2004
130) That when I walked in courtroom at 12 pm, Burton Gross attacked me verbally, he said to Judge Delagado:" Look Judge he doesn't even care to come to court."
131) That next time hearing defendant Gross lied to court that appraisals done by certified licensed appraiser were no good.
132) That the Judge wrongfully allowed defendant Gross to get new appraisals.
133) That court appointed appraiser and defendant Gross didn't follow court order in regards to which property should be appraised.
134) That defendant Gross sent appraiser to wrong properties thus stalling litigation.

135) That defendant Gross kept stalling the appraisal process for 4 months.
136) That defendant Gross failed to provide court with copy of appraisal after 4 months, stalling it and asking for another continuance.
137) That the court wrongfully first time in 10 years award Anna extra $38,000.00;one year after Dissolution of Marriage was entered.
138) That in summer 2004,my daughter Nancy (6 years old) warned me;"Daddy ,woman name Karen said to Mom that this time they gonna get you".
139) That the defendants also engaged other operatives to harass me in the local cafe and night club.
140) That I was jailed in wrong district on 51 st and Wentworth for no reason by Detective Petruska.
141) That Police Officer in white shirt,five feet ,ten inches round face paid me a visit and harassed me.That the same Officer was bringing on my block undercover female prostitutes in 2004.
142) That deputy Gonzalez was giving Anna tours of restricted areas of court.
143) That Cook County Prosecutor Matthew Janus lied to Judge Felice that Anna has four witnesses that I entered house on 5230 S.Lorel.
144) That most of legal paperwork against me was done by defendants acomplices working for Cook County on tax payers time.
145) That Cook County prosecutor a skinny,five feet six inches,long brown hair was abusive to me on December15,2003 and January 4,2004.
146) That defendant Gross has been harassing me for four years after the divorce was entered.
147) That defendant Gross abuse has no limits,he asked Honorable Judge Vega for "Permanent Order of Protection for Life,he instructed Anna to lie to Court:"Anna tell judge that you scared of him and you don't know what he might do to you".Also that day Karen O'Malley was in courtroom with my ex-wife.Karen looked dissapointed when Honorable Judge Vega dissmissed their motion.
148) That Cook County employees which are client's of "Anna's Cleaning Service" gave my ex-wife and her attorneys Gross & Mondry a free pass to lie, and to harass me.
149) That I reported to Judge Jacobius Office in May 2004 that my complaints were totally ignored and then more harassment followed.
150) That I reported to chief Judge Timothy Evans Office the wrongdoings, harassment, abuse, malicious prosecution, involvement of connected court employees with my ex-wife and her cousins Mary Gasienica, Donna Zloza, Anna Lesnicki of Oak Lawn, IL, Halwa Slodyczka, and Margaret Liszka.
151) That ultra feminist and corrupt girlfriends and clients of defendent " Anna's Cleaning Service" are 100% responsible for all harm incurred to me.
152) That court employee name Karen O'Malley promised my ex-wife to get me locked in jail.
153) That other court employees have been constantly helping my ex-wife and her attorney in court.
154) That during the wrongful order of protection and eviction numerous boyfriends like Andrzej Kalata, Slawek Madej were coming to 5230 S. Lorel house on daily basis.
155) That 5230 S. Lorel house sustained damages due to lack of maintenance for 2 years.
156) That 5230 S. Lorel house was 100% financed and bought by my parents and their funds few years prior to my marriage.
157) That I had consultation with attorney Micheal Tristano in summer of 2003.

158) That attorney Tristano gave me legal documents explaining how property is divided in State of Illinois.
159) That legal documents from Micheal Tristano clearly showed that 5230 S. Lorel is not marital property.
160) That Cook County Court employees commited criminal offense by destroing many vital motions filed by my attorney's: Maria Kaczmarczyk, Micheal Tristano, Leon Teichner.
161) That for five years Cook County Court employees have been helping my ex-wife Anna Lesnicki and her attorneys.
162) That majority of motions filed in court against me were produced by Cook County Court employees which were also friends and customers of " Anna's Cleaning Service".


That defendants subjected plaintiff to extreme mental cruelty, stress-related physical hazards, like high blood presure, musle tension and pain, shortness of breath, digestive disorders, insomnia and fatigue.
That plaintiff is under constant doctor care.
That plaintiff's daughter Nancy Lesnicki peed in her pants in classroom at Mark Twain school form the stress.(May 2004).
That plaintiff's daughter Izabella Lesnicki has gotten sick many times, throwing up and being constipated all the time.
That defendants beyond any doubt subjected plaintiff to malicious prosecution, mental abuse and embarassment.
That plaintiff incurred monetary losses, psychological torment and health damages and injuries.
That constant harassment, malicious prosecution by Burton Gross, Anna Lesnicki my ex-wife and their friends in court and outside of court forced me to file this action and seek justice.

That Honorable Court has jurisdiction over this case.


That this case is similiar to Kevin Fox vs DuPage County case, where plaintiff was set up and framed by profesionals representing the law.

That defendants should compansate plaintiff $18.6 millions for damages.

That plaintiff prays Honorable Court for equitable and just solution.


*[signature]*
7-9-08.