MHN

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: STAN LESNICKI
(Please print)

STREET ADDRESS: 5205 S. LEAMINGTON

CITY/STATE/ZIP: CHICAGO, IL 60638

PHONE NUMBER: (773) 619-8292

CASE NUMBER: 08CV3891
JUDGE ANDERSEN
MAG. JUDGE VALDEZ

_____  7-10-08
Signature                 Date

FILED
JUL - 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT